IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED
IN OPEN COURT

JUN 17 2014

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:14CR **081** |
| v. ) | |
| ) | Conspiracy to Distribute and Possess |
| COREY MAYO, ) | with Intent to Distribute Controlled |
| ) | Substances |
| CHAWN BEALE, ) | 21 U.S.C. §846 |
| ) | (Count 1) |
| COREY BEALE, ) | |
| ) | Distribute Cocaine Base |
| and ) | 21 U.S.C. § 841 |
| ) | (Counts 2 and 7) |
| CHRISTOPHER CANTY, ) | |
| ) | Distribute Heroin |
| Defendants. ) | 21 U.S.C. § 841 |
| ) | (Counts 4 and 5) |
| ) | |
| ) | Possession of a Firearm by Convicted Felon |
| ) | 18 U.S.C. § 924(c) |
| ) | (Counts 3 and 6) |

**INDICTMENT**
**JUNE 2014 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

Starting in or about June 2013, and continuing through and including May 30, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendants, COREY

-1-

MAYO, CHAWN BEALE, COREY BEALE and CHRISTOPHER CANTY, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and others known and unknown, to distribute and possess with intent to distribute controlled substances, to wit: a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

(All in violation of Title 21, United States Code, Section 846.)

### COUNT TWO
(Distribution of Cocaine Base)

On or about February 20, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, CHAWN BEALE, did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

### COUNT THREE
(Possession of a Firearm by Convicted Felon)

On or about February 20, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, COREY BEALE, did knowingly and unlawfully possess a firearm, to wit: a Ruger, Model P94, .40 caliber pistol, bearing Serial Number 341-24341, in

and affecting interstate and foreign commerce, after being convicted by a court of a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Section 922(g)(1).)

### COUNT FOUR
(Distribution of Heroin)

On or about March 11, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, COREY BEALE, did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

### COUNT FIVE
(Distribution of Heroin)

On or about March 27, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, CHRISTOPHER CANTY, did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

### COUNT SIX
(Possession of a Firearm by Convicted Felon)

On or about April 21, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, COREY BEALE, did knowingly and unlawfully possess a firearm,

to wit: a Rossi .357 caliber revolver, Serial Number F012055, in and affecting interstate and foreign commerce, after being convicted by a court of a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## COUNT SEVEN
(Distribution of Cocaine Base)

On or about May 22, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, COREY MAYO, did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., each defendant is hereby notified that upon conviction of any of the offenses alleged against him in this Indictment, the defendant shall forfeit to the United States all property constituting or derived from proceeds the defendant obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

(In accordance with 21 U.S.C. Section 853(a).)

Pursuant to Rule 32.2 Fed. R. Crim. P., each defendant is hereby notified that upon conviction of any of the offenses alleged in Counts Three or Six the defendant shall forfeit any

property involved in the commission of the offense, including all firearms and ammunition involved in or used in any knowing violation of the offenses charged.

(In accordance with Title 18, United States Code, Section 924(d), incorporating Title 28, United States Code, Section 2461(c).)

A TRUE BILL

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Olivia L. Norman
Assistant United States Attorney