IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                        ) | CRIMINAL NO. 3:14-cr-0081-JRS-01 |
| ) | |
| COREY MAYO,                                    ) | |
| ) | |
| Defendant.                           ) | |

### STATEMENT OF FACTS

The parties stipulate that the allegations in Count One of the pending Indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. Starting before February 11, 2014, and continuing through May 30, 2014, in the Eastern District of Virginia, COREY MAYO conspired with others to distribute and possess with intent to distribute cocaine base, commonly known as "crack." In furtherance of this conspiracy, COREY MAYO and his coconspirators would obtain quantities of cocaine hydrochloride and cook it into crack cocaine or would obtain cocaine base, and would breakdown those amounts of cocaine base into smaller quantities for sale to users and lower-level distributors. During the course of the conspiracy, law enforcement developed a cooperator who was able to make multiple purchases of controlled substances from COREY MAYO and his coconspirators at 2902 Montrose Avenue, Richmond, Virginia and elsewhere.

2. In furtherance of this conspiracy, on or about April 10, 2014, in the Eastern District of Virginia, COREY MAYO distributed seven grams of a mixture and substance containing a detectable

amount of cocaine base, commonly known as "crack," a Schedule II controlled substance, to a person secretly working for law enforcement.

3. In furtherance of this conspiracy, on or about April 11, 2014, in the Eastern District of Virginia, COREY MAYO distributed seven grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance, to a person secretly working for law enforcement.

4. In furtherance of this conspiracy, on or about April 29, 2014, in the Eastern District of Virginia, COREY MAYO distributed eight grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance, to a person secretly working for law enforcement.

5. In furtherance of this conspiracy, on or about May 22, 2014, in the Eastern District of Virginia, COREY MAYO distributed 54 grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance, to a person secretly working for law enforcement.

6. In furtherance of this conspiracy, on or about May 30, 2014, in the Eastern District of Virginia, COREY MAYO possessed with intent to distribute 102 grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance.

7. During the course of and in connection with this conspiracy, COREY MAYO possessed a firearm. On May 30, 2014, law enforcement recovered a Ruger pistol, Model SR9C, 9mm, SN 333-42158 from COREY MAYO's residence.

8. The acts taken by the defendant, COREY MAYO, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Olivia L. Norman
Assistant United States Attorney

After consulting with my attorney, and pursuant to the plea agreement entered into this day between the defendant, COREY MAYO, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
COREY MAYO

I am the attorney for COREY MAYO. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
C. David Whaley, Esquire
Counsel for the Defendant

3